# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 6:19-CR-00005-JDK |
| v. § § | |
| MITCHELL LEE MCKINNEY, § § | |
| Defendant. § | |

## REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On September 3, 2021, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Mitchell Lee McKinney. The government was represented by Alan Jackson, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matt Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Burglary of Post Office, a Class D felony. The offense carried maximum imprisonment term of 5 years. The United Sentencing Guideline range, based on a total offense level of 11 and a criminal history category of IV, was 18 to 24 months. On September 22, 2016, District Judge Hilda G. Tagle of the Southern District of Texas sentenced Defendant to 18 months imprisonment followed by a 3 year term of supervised release subject to standard conditions of release, plus special conditions to include drug treatment and testing and restitution in the amount of $7,988.83. On June 20, 2017, Defendant completed his period of imprisonment and began service of the supervision term. On January 22, 2019, jurisdiction of this case was transferred to the Eastern District of Texas.

Under the terms of supervised release, Defendant was required to report to the probation officer in a manner and frequency directed by the court or the probation officer. In its petition, the government alleges that Defendant violated his conditions of supervised release when he failed to report to the U.S. Probation Department as scheduled on December 10, 2018 and December 18, 2018.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release when he failed to report to the U.S. Probation Department as scheduled, Defendant will have committed a Grade C violation. U.S.S.G. §7B1.1(a). Upon a finding of a Grade C violation, the Court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of IV, the guideline imprisonment range for a Grade C violation is 6 to 12 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the condition of supervised release referenced above by committing the acts as alleged in the government's petition. In exchange, the government agreed to recommend to the Court a sentence of time served with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Mitchell McKinney be sentenced to time served with no supervised release to follow. The parties waived their objections and therefore this matter will be immediately presented to the district judge for consideration.

**So ORDERED and SIGNED this 3rd day of September, 2021.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE